Filed at 10:36 AM
5-4, 2011

U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:11-CR-32-1(CAR) |
| vs. | |
| VFW POST 2872 (Defendant Entity) | WAIVER OF INDICTMENT |

I, Michael Ginn, Post Commander of the VFW 2872, being the authorized agent of the above-named defendant entity, being accused of supervising part of an illegal gambling business, in violation of 18 U.S.C. § 1955, and after having been advised of the nature of the charge in the proposed information, and the rights of the defendant entity, hereby waive in open court on May 4, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MICHAEL GINN, Post Commander
VFW POST 2872 authorized agent
DEFENDANT ENTITY

_____
PAGE A. PATE
ATTORNEY FOR DEFENDANT

Before _____
The Honorable C. ASHLEY ROYAL